## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE MEDTRONIC, INC. SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION<br><br>This documents relates to:<br>**Carbis et al. v. Medtronic, Inc. et al.**<br>**08-cv-05009** | MDL NO. 08-1905 (RHK/JSM)<br><br>**ORDER GRANTING PLAINTIFFS' LEAD COUNSEL'S MOTION TO DISMISS** |

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No. 36), and based on the files, records and pleadings herein, **IT IS ORDERED** that the Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal Rule of Civil Procedure Rule 41(a), the claims of Plaintiffs Don Burke, Willa Burke, Annette Carbis, and Robert Roeder in the action styled Carbis et al. v. Medtronic, Inc. et al., Civil Action No. 08-cv-05009, are **DISMISSED WITH PREJUDICE.**

The Court having determined that there is no just reason for delay, **LET JUDGMENT BE ENTERED ACCORDINGLY** as to these Plaintiffs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 9, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
